IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS<br><br>Plaintiff,<br><br>vs.<br><br>PORTER BROTHER ASPHALT & SEALING,<br><br>Defendant. | District Judge: Iain D. Johnston<br><br>Magistrate Judge: Lisa A. Jensen<br><br>Case No. 22 CV 50424 |

## DECLARATION REGARDING ATTORNEY'S FEES

1. I, Troy E. Haggestad, have personal knowledge regarding the statements contained herein.

2. I am one of the attorneys representing the plaintiffs in this case, the Construction Industry Retirement Fund of Rockford, Illinois and the Construction Industry Welfare Fund of Rockford, Illinois (hereinafter referred to as "the Funds").

3. This Declaration is submitted in support of the entry of a default judgment.

4. Pursuant to the terms of the Collective Bargaining Agreements referenced in the Complaint filed in this matter, defendant is liable for attorney's fees and costs incurred in pursuit of unpaid contributions to the Fund.

5. The total amount of attorney's fees incurred in this matter to date is $3,120.00 as reflected in the attached summary. (**Exhibit 1** hereto).

6. Attorney's fees on this matter were $240.00 per hour for partners, which is reasonable and customary for these kinds of cases in this area.

7. The total amount of costs incurred to date is $481.00, composed of a $402.00 filing fee for the Complaint, and $79.00 for process server fees.

- 1 -


EXHIBIT D

8. The combined, total amount of fees and costs incurred to date is $3,601.00.

By: */s/ Troy E. Haggestad*
Troy E. Haggestad (#06229384)
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL   61105-0219
815/987-8900
E-mail: thaggestad@wilmac.com

# Time Report

Billed
Construction Industry Welfare Fund of I / 22-507 Porter Brothers Asphalt & Seal(S) (C02910-239)

| Date | SM/Task | Attorney | Staff Name | Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Invoice | Narrative | Posted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/02/2022 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.50 | 120.00 | 240.00 | 0.50 | 120.00 | 520900 | Draft demand letter | 12/2022 |
| 12/05/2022 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.60 | 144.00 | 240.00 | 1.00 | 240.00 | 520900 | Review first draft of complaint | 12/2022 |
| 12/12/2022 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.80 | 192.00 | 240.00 | 0.80 | 192.00 | 520900 | Finalize and file complaint | 12/2022 |
| 01/25/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.70 | 168.00 | 240.00 | 0.70 | 168.00 | 522279 | Review file; draft motion and proposed order. | 2/2023 |
| 02/14/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 1.00 | 240.00 | 240.00 | 1.00 | 240.00 | 522279 | Draft joint status report. | 2/2023 |
| 02/21/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.40 | 96.00 | 240.00 | 0.40 | 96.00 | 523241 | Review turnover order; draft cover letter; contact debtor. | 3/2023 |
| 02/27/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.40 | 96.00 | 240.00 | 0.40 | 96.00 | 523241 | Pull file and email with Porter's registered agent. | 3/2023 |
| 02/28/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 1.00 | 240.00 | 240.00 | 1.00 | 240.00 | 523241 | Multiple email exchanges with Porter's outside accountant. | 3/2023 |
| 03/02/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 2.50 | 600.00 | 240.00 | 2.50 | 600.00 | 523241 | Numerous email communications with accountants for Porter, review five emails and sets of documents from accountants. | 3/2023 |
| 03/07/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 1.80 | 432.00 | 240.00 | 1.80 | 432.00 | 523241 | Review emails from "Natalie" in Porter's office, including briefly reviewing responsive docs, that Kelly assembled and then I sent to Shelli. Finish review of emails; send Joy Tegeler (Porter's outside accountant) an email. | 3/2023 |
| 03/08/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.90 | 216.00 | 240.00 | 0.90 | 216.00 | 523241 | Review additional emails and docs received from Porter this morning; forward to Shelli. | 3/2023 |
| 03/08/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 0.50 | 120.00 | 240.00 | 0.50 | 120.00 | 523241 | | 3/2023 |
| 03/10/2023 | 0230 | Haggestad/T. E. | | 1 | Partner | 1 | 1.50 | 360.00 | 240.00 | 1.50 | 360.00 | 523241 | First draft of motion for judgment in sum certain; McPeek Affidavit and my affidavit. | 3/2023 |
| | | | | | | | 12.60 | 3,024.00 | | 13.00 | 3,120.00 | | | |



EXHIBIT 1



| Information | Balances | Activities | Inquiry Report | Summary | Status | Time | **Cost** | Bills & Payments | Invoices |

# Inquiry

**Enter criteria and click Submit:**

| | | | |
|---|---|---|---|
| Client: | C02910 | | Construction Industry Welfare Fund of |
| Matter: | 239 | | 22-507 Porter Brothers Asphalt & Seal(S) |
| Invoice: | | | |
| Billed Status: | Both | Include Transfers: | Yes |
| Date: | From: | | |

Submit

| **Cost Entries** | Service Code Summary | Task Summary | Working Attorney Summary | Matter Budgets |

Showing Billed and Unbilled

| Date | SM/Task | Service C… | Description | Attorney | Orig Qty | Orig Amt |
|---|---|---|---|---|---|---|
| 12/12/2022 | | 00046 | Filing Fees | XXXX | 0.00 | 402.00 |
| Filing Fees, IL Northern District Court | | | | | | |
| 01/09/2023 | | 00031 | Process Server Fee | 0230 | 0.00 | 79.00 |
| Process Server Fee, Markley Investigations, Inc. | | | | | | |

|  |  |  |  |  | 0.00 | 481.00 |

©2021 SurePoint. All rights reserved.   23.03.02