IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois and the Construction Industry Welfare Fund of Rockford, Illinois, ) ) ) )  *Plaintiff*, ) ) v. ) ) Porter Brothers Asphalt & Sealing, Inc., ) )  *Defendant*. ) | Case No. 3:22-cv-50424  Magistrate Judge Lisa A. Jensen |

## REPORT AND RECOMMENDATION

    For the reasons stated below, it is this Court's report and recommendation that Plaintiffs' motion for default judgment [13] be granted and that judgment be entered in favor of Plaintiffs and against Defendant Porter Brothers Asphalt & Sealing, Inc. in the amount of $23,082.22. Any objection to this report and recommendation must be filed by May 18, 2023. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Defendant Porter Brothers Asphalt & Sealing, Inc. at the address where its registered agent was served. Dkt. 4.

## STATEMENT

    Before the Court is Plaintiffs the Construction Industry Retirement Fund of Rockford, Illinois and the Construction Industry Welfare Fund of Rockford Illinois' motion for default judgment against Defendant Porter Brothers Asphalt & Sealing, Inc. Dkt. 13. Plaintiffs filed the complaint in this case on December 12, 2022 pursuant to the Labor-Management Relations Act, 29 U.S.C. § 185(a) and the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132, alleging Defendant failed to pay contributions on behalf of its employees. Dkt. 1. This Court has jurisdiction over the subject matter of this case and the parties. Venue is also proper in this District.

    Plaintiffs served Defendant through its registered agent on December 27, 2022. Dkt. 4. Accordingly, the deadline for Defendant to answer or otherwise respond to the complaint was January 17, 2023. To date, Defendant has not appeared or responded to the complaint.

    On January 31, 2023, Plaintiffs filed a motion for entry of default and turnover order against Defendant. Defendant was ordered to respond to the motion by February 16, 2023. Dkt. 7. After receiving no response, on February 21, 2023, the Court granted Plaintiffs' motion and an order of default was entered against Defendant. Dkt. 11. Defendant, an Illinois corporation, is not

1

a minor, an incompetent person, or in active military service. By reason of default, Defendant has admitted the truth of the allegations in Plaintiffs' complaint. Defendant is hereby found liable to Plaintiffs for unpaid contributions, late fees, and liquidated damages between January 2021 and April 2023, along with reasonable attorney's fees and costs.

Plaintiffs now seek a default judgment against Defendant in the amount of $23,082.22. Dkt. 13. Plaintiffs mailed a copy of the motion to Defendant's registered agent by regular and certified mail on April 5, 2023. A copy of the return receipt evidencing delivery has been filed on the docket. Dkt. 16. The Court held a hearing on Plaintiffs' motion on May 4, 2023. Defendant failed to appear at the hearing and has not responded to Plaintiffs' motion.

Plaintiffs allege Defendant is liable for $19,481.22 in unpaid contributions, late fees, and liquidated damages that were accrued between January 2021 and April 2023 pursuant to the agreements Defendant signed requiring contributions to Plaintiffs. The request is supported by an affidavit from Shelli McPeek, who oversees the collection of amounts owed to Plaintiffs. Ms. McPeek avers that Defendant is liable for $19,481.22 under the terms of those agreements. Dkt. 13, Ex. C. Considering the evidence presented, the Court finds Plaintiffs are entitled to damages that include $19,481.22 in unpaid contributions, late fees, and liquidated damages from January 2021 through April 2023.

Additionally, Plaintiffs seek $3,601 in attorney's fees and costs, which are recoverable under the terms of the agreements Defendant signed. Plaintiffs' declaration regarding attorney's fees demonstrates that Plaintiffs have incurred $3,120 in attorney's fees and $481 in costs in pursuing this case. Dkt. 13, Ex. D. The Court finds the attorney's fees and costs are reasonable and Plaintiffs are entitled to an award of fees and costs totaling $3,601.

Based upon the evidence presented, it is this Court's report and recommendation that Plaintiffs' motion for default judgment be granted and that judgment be entered in favor of Plaintiffs and against Defendant in the amount of $23,082.22, consisting of $19,481.22 in unpaid contributions, late fees, and liquidated damages and $3,601 in attorney's fees and costs. Any objection to this report and recommendation must be filed by May 18, 2023. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

Date: May 4, 2023     By:     *Lisa A. [signature]*
                              Lisa A. Jensen
                              United States Magistrate Judge