UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford, Illinois, | ) ) | |
| Plaintiffs, | ) ) | No. 22 CV 50424 |
| | ) | Judge Iain D. Johnston |
| v. | ) ) | |
| Porter Brothers Asphalt & Sealing, Inc., | ) | |
| Defendant. | ) | |

**ORDER**

    Before the Court is a Report and Recommendation [18] from Magistrate Judge Lisa A. Jensen, which recommends granting the plaintiffs' motion for a default judgment [13] and the entry of judgment in the amount of $23,082.22. According to the Report and Recommendation, the defendant's registered agent was served on December 27, 2023, its answer was due January 17, 2023, but it has never appeared or answered. In addition, the defendant never responded to the plaintiffs' motion for an order of default after receiving notice of it, the clerk entered default, and the defendant never responded to the plaintiffs' motion for a default judgment after receiving notice. The plaintiff's request for $23,082.22 in damages consists of $19,481.22 in unpaid contributions, late fees, and liquidated damages, plus $3,601.00 in attorneys' fees and costs, all of which are recoverable under the terms of the parties' agreements.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a Report and Recommendation. Fed. R. Civ. P. 72(b)(3). Judge Jensen gave the defendant to May 18, 2023, to object, but to date the defendant has not done so. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997).

    After careful review, this Court agrees with Judge Jensen's findings and conclusions, and adopts the Report and Recommendation [18] in its entirety. The plaintiff's motion for a default judgment [16] is granted and judgment is entered in the amount of $23,082.22. The Clerk of Court is directed to enter final judgment. This case is closed.

Date: May 24, 2023          By: _____
                                                     Iain D. Johnston
                                                     United States District Judge